IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:20-cv-01179-CNS-MDB

ANTHONY G. PIKE,

    Plaintiff,

v.

CORRECT CARE SOLUTIONS a/k/a Wellpath,
LORI MCLAUGHLIN,
KURT HOLMES, and
MATT LEWIS,

    Defendants.

## ORDER

Before the Court are Plaintiff's (1) Motion for Appointment of Counsel (ECF No. 190); (2) Motion for Clarification (ECF No. 196); (3) Motion for a Status Conference (ECF No. 197); (4) Motion to Restart Discovery (ECF No. 198); (5) Motion for Courtroom Minutes (ECF No. 199); and (6) Motion for Clarification and Response to Defendants (ECF No. 211). The Court will address each motion in turn.

First, based on the Court's prior Appointment Order (ECF No. 215) referring this case to the Civil Pro Bono Program, the Court determines that Plaintiff's Motion for Appointment of Counsel is MOOT. (ECF No. 190).

Second, Plaintiff's Motions for Clarification (ECF Nos. 196, 211) are MOOT due to this Court's Order regarding the Recommendation. (ECF No. 214). In Plaintiff's first motion for

clarification, Plaintiff states that he is confused as to where he should send future filings and motions. (ECF No. 196, p. 4). Plaintiff is directed to continue sending his filings and motions to the Clerk of the Court at the Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, CO 80294-3589. In Plaintiff's second motion for clarification, Plaintiff asks if he needs to send all of his evidence to the Court for review. (ECF No. 211, p. 7). Per the Court's Order (ECF No. 214), Plaintiff has until April 4, 2023, to file a Third Amended Complaint that contains both factual allegations and specific legal claims. If Plaintiff elects to raise a claim of medical negligence, he will need to file a certificate of review.

Third, it is FURTHER ORDERED that Plaintiff's Motion to Restart Discovery (ECF No. 198) and Motion for Status Conference (ECF No. 197) are GRANTED. Magistrate Judge Tafoya ruled that (1) a stay on proceedings would remain until a ruling was issued on Plaintiff's motion to amend his Complaint and the CCS Defendants' motion to dismiss and (2) the Court would reset the deadlines following a ruling on the motions. (*See* ECF No. 151). Because the Court has now ruled on these matters (*see* ECF No. 214), it recommends that Magistrate Judge Dominguez Braswell set a status conference, reset the case deadlines, and restart discovery.

Fourth, it is FURTHER ORDERED that Plaintiff's Motion for Courtroom Minutes is GRANTED to the extent that the Court directs the Clerk of Court to mail a copy of the complete CM/ECF docket sheet to Plaintiff. (ECF No. 199).

DATED this 3rd day of February 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge